MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER<br><br>Plaintiffs,<br><br>vs.<br><br>STONEFIELD HOMEOWNERS ASSOCIATION and RODNEY COFFMAN,<br><br>Defendants. | Case No.: 3:17-cv-00627-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT RODNEY COFFMAN'S MOTION TO DISMISS COMPLAINT, ALTERNATIVELY, SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Nationstar Mortgage LLC dba Mr. Cooper (**Nationstar**) and Defendant Rodney Coffman (**Coffman**), stipulate to an extension of Nationstar's deadline to respond to Coffman's motion to dismiss complaint, alternatively, summary judgment [ECF No. 13] through January 17, 2018.

**RECITALS**

1. Coffman filed its motion to dismiss complaint, alternatively, summary judgment on December 20, 2017 (ECF No. 13);

2. Nationstar's response is currently due January 3, 2017;

3. The undersigned counsel of record for Nationstar is scheduled to be out of the office from December 22, 2017, through January 2, 2018;

1

43678662;1

4. Counsel for Nationstar requests the extension to allow meaningful review of Coffman's motion, provide adequate time to draft a response, and allow sufficient time for client review and approval of the response before filing;

5. Accordingly, counsel for Nationstar requests a brief extension through January 17, 2018, in which to file its response;

6. This is Nationstar's first request for an extension of time to file a response to Coffman's motion;

7. This stipulation is made in good faith and not for purposes of delaying the ultimate resolution of this case, and the parties will not be prejudiced by this request for extension of time.

DATED this 26th day of December, 2017.

| **AKERMAN LLP** | **TORY M. PANKOPF, LTD.** |
|---|---|
| /s/ Donna Wittig | /s/ Tory M. Pankopf |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York* | TORY M. PANKOPF, ESQ.<br>Nevada Bar No. 7477<br>9450 Double R Boulevard, Suite B.<br>Reno, Nevada 89521<br><br>*Attorneys for Defendant Rodney Coffman* |

IT IS SO ORDERED.

Dated: December 27, 2017

_____
U.S. District Judge

2

43678662;1