TORY M. PANKOPF (SBN 7477)
**TORY M. PANKOPF, LTD.**
3500 Lakeside Court, Suite 211
Reno, Nevada 89509
Telephone: (775) 384-6956
Facsimile: (775) 384-6958
Attorney for Defendant,
RODNEY COFFMAN

**UNITED STATES DISTRICT COURT**

**DISRICT OF NEVADA**

NATIONSTAR MORTGAGE, LLC, dba MR. COOPER

Plaintiff,

v.

STONEFIELD HOMEOWNERS ASSOCIATION and RODNEY COFFMAN,

Defendants.

CASE NO: 3:17-cv-00627-MMD-WGC

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RODNEY COFFMAN, TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT, ALTERNATIVELY, SUMMARY JUDGMENT**

**(FIRST REQUEST)**

Defendant, RODNEY COFFMAN ("Defendant" or "Coffman") by and through his attorney, Tory M. Pankopf, of the Law Offices of Tory M. Pankopf, Ltd., and Plaintiff, NATIONSTAR MORTGAGE, LLC ("Plaintiff" or "Nationstar"), stipulate to an extension of Coffman's time to respond to Nationstar's opposition to his motion to dismiss the complaint or alternatively, summary judgment [ECF No. 21].

Law Offices of
Tory M. Pankopf, Ltd.
3500 Lakeside Court
Suite 211
Reno, Nevada 89509
(775) 384-6956

## RECITALS

1. Coffman filed its motion to dismiss complaint, alternatively, summary judgment on December 20, 2017 [ECF No. 13];

2. Pursuant to two orders on the parties' stipulations to extend time, Nationstar's response was filed on January 31, 2017 [ECF 17 and 20];

3. Coffman's reply is due today, February 7, 2018. The undersigned counsel of record for Coffman is, unexpectedly, moving his law office this week;

4. Counsel for Coffman requests the extension to allow time to move his law office and have a meaningful review of Nationstar's opposition to his motion, provide adequate time to draft a response, and allow sufficient time for client review and approval of the response before filing;

5. Accordingly, counsel for Coffman requests a brief extension through February 21, 2018, in which to file his reply;

6. This is 's first request for an extension of time to file a response to Coffman's motion;

7. This stipulation is made in good faith and not for purposes of delaying the ultimate resolution of this case, and the parties will not be prejudiced by this request for extension of time.

DATED this 7th day of January, 2018.

**AKERMAN LLP**

*/s/*

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York*

**TORY M. PANKOPF, LTD.**

*/s/*

TORY M. PANKOPF, ESQ.
Nevada Bar No. 7477
3500 Lakeside Court, Suite 211.
Reno, Nevada 89509

*Attorneys for Defendant Rodney Coffman*

IT IS SO ORDERED.

U.S. District Judge

Dated: February 8, 2018



Law Offices of
Tory M. Pankopf, Ltd.
3500 Lakeside Court
Suite 211
Reno, Nevada 89509
(775) 384-6956

TORY M. PANKOPF (SBN 7477)
**TORY M. PANKOPF, LTD.**
3500 Lakeside Court, Suite 211
Reno, Nevada 89509
Telephone: (775) 384-6956
Facsimile: (775) 384-6958
Attorney for Defendant,
RODNEY COFFMAN

**UNITED STATES DISTRICT COURT**

**DISRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, dba MR. COOPER<br><br>Plaintiff,<br>v.<br><br>STONEFIELD HOMEOWNERS ASSOCIATION and RODNEY COFFMAN,<br><br>Defendants. | CASE NO: 3:17-cv-00627-MMD-WGC<br><br>**DECLARATION OF TORY M. PANKOPF IN SUPPORT OF TARDY FILING OF EXTENSION** |

I, TORY M. PANKOPF, declare and state:

1. I am the attorney of record for the Plaintiff in the above entitled action. If called as a witness, I could competently testify as to all of the matters contained herein. All of the facts set forth in this declaration are based on my own personal knowledge.

2. I obtained consent to the extension from plaintiff's counsel yesterday morning. However, my internet access to my office was shut down by the manager of the office I was subletting and refused to turn it on. I was set to pack-up my office and move this weekend. But, as a consequence of my need to have access to the internet to practice, I had to pack-up my office that day and set-up at my new office. I did not have my computer up and running until about 11:30 pm last night. At which time I sent counsel the stipulation and order for her review. She emailed



Law Offices of
Tory M. Pankopf, Ltd
9450 Double R Boulevard
Suite B
Reno, Nevada 89521
(775) 384-6956

me her authorization this morning at about 6:30 am and I saw it about 7:00. Thereafter, I filed the stipulation.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: This 8th day of February, 2018.

***TORY M. PANKOPF LTD***

By: /S/ TORY M. PANKOPF______________
TORY M. PANKOPF, ESQ.





Law Offices of
**Tory M. Pankopf, Ltd**
9450 Double R Boulevard
Suite B
Reno, Nevada 89521
(775) 384-6956