TORY M. PANKOPF (SBN 7477)
**TORY M. PANKOPF, LTD.**
748 S Meadows Parkway, Suite 244
Reno, Nevada 89521
Telephone: (775) 384-6956
Facsimile: (775) 384-6958
Attorney for Defendant,
RODNEY COFFMAN

# UNITED STATES DISTRICT COURT

## DISRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, dba MR. COOPER<br><br>Plaintiff,<br>v.<br><br>STONEFIELD HOMEOWNERS ASSOCIATION and RODNEY COFFMAN,<br><br>Defendants. | CASE NO: 3:17-cv-00627-MMD-WGC<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>Local Rule 6-1 |

Defendant, RODNEY COFFMAN ("Defendant" or "Coffman") by and through his attorney, Tory M. Pankopf, of the Law Offices of Tory M. Pankopf, Ltd., pursuant to Local Rule 6-1, moves this Court for an order extending time to file his opposition/response ("Response"). Plaintiff's, NATIONSTAR MORTGAGE, LLC ("Plaintiff" or "Nationstar"), motion for summary judgment [ECF No. 43] ("Motion").

Defendant's Response is due December 17, 2018. Defendant respectfully requests a 3-day extension to file his Response on December 20, 2018.

**Law Offices of**
**Tory M. Pankopf, Ltd.**
**748 S Meadows Parkway**
**Suite 244**
**Reno, Nevada 89509**
**(775) 384-6956**

- 1 -
MOTION FOR ORDER TO EXTEND TIME

Counsel is almost finished with the response and will be able to file it as requested. Counsel has two additional issues that need to be adequately researched to provide an intelligible analysis. Counsel is finalizing the response, declaration in support, and accompanying exhibits. There are no other attorneys in counsel's law office to draft the opposition, conduct the research, and review the documents. Counsel will be able to provide his client's response within the time frame requested.

As such, the Plaintiffs' respectfully request a three-day (3-day) extension to Thursday, December 20, 2018.

Dated: December 17, 2018

s/Tory M Pankopf
Tory M Pankopf
Attorney for Plaintiff

Plaintiff's request for a 3-day extension of time to file his Response on Thursday, December 20, 2018, is granted.

**IT IS SO ORDERED.**

DATED this 19th day of December 2018.

_____
UNITED STATES DISTRICT COURT

Law Offices of
Tory M. Pankopf, Ltd.
748 S Meadows Parkway
Suite 244
Reno, Nevada 89509
(775) 384-6956