TORY M. PANKOPF (SBN 7477)
**TORY M. PANKOPF, LTD.**
748 S Meadows Parkway, Suite 244
Reno, Nevada  89521
Telephone:  (775) 384-6956
Facsimile: (775) 384-6958
Attorney for Defendant,
RODNEY COFFMAN

# UNITED STATES DISTRICT COURT

## DISRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, dba MR. COOPER<br><br>Plaintiff,<br><br>v.<br><br>STONEFIELD HOMEOWNERS ASSOCIATION and RODNEY COFFMAN,<br><br>Defendants. | CASE NO:  3:17-cv-00627-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RODNEY COFFMAN, TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR, SUMMARY JUDGMENT**<br><br> **(SECOND REQUEST)**<br><br>**Local Rule 6-1** |

Defendant, RODNEY COFFMAN ("Defendant" or "Coffman"), by and through his attorney, Tory M. Pankopf, of the Law Offices of Tory M. Pankopf, Ltd., and Plaintiff, NATIONSTAR MORTGAGE, LLC ("Plaintiff" or "Nationstar"), by and through its attorney, Donna Wittig, of Akerman, LLP, pursuant to Local Rule 6-1 stipulate to an extension of Coffman's time to respond to Nationstar's motion for summary judgment.

**Law Offices of**
**Tory M. Pankopf, Ltd.**
**748 S Meadows Parkway**
**Suite 244**
**Reno, Nevada 89509**
**(775) 384-6956**

- 1 -
STIPULATION AND ORDER TO EXTEND TIME

# RECITALS

1. Defendant's Response is due December 20, 2018.

2. On Monday, December 17, 2018, Defendant filed a motion for a 3-day extension of time to file his Response to December 20, 2018 which was granted;

3. Defendant's reply is due today, December 20, 2018.

4. In addition to working on Defendant's Response, Counsel has had to balance a hearing in Minden set for tomorrow morning which pertains to a motion noticed on shortened time. The response to the motion is to be emailed to counsel today, December 19. The reply is to be filed in the morning prior to the hearing;

5. Accordingly, Counsel for Defendant requests a brief extension through Monday, December 24, in which to file his Response;

6. As indicated, this is Defendant's second request for an extension of time to file his Response;

7. Plaintiff's Reply will be due on January 18, 2019.

8. This stipulation is made in good faith and not for purposes of delaying the ultimate resolution of this case, and the parties will not be prejudiced by this request for extension of time.

**IT IS SO STIPULATED.**

DATED this 20th day of December 2018.

| AKERMAN LLP | TORY M. PANKOPF, LTD. |
|---|---|
| */s/ Donna Wittig* | */s/ Tory M. Pankopf* |
| DONNA WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | TORY M. PANKOPF, ESQ.<br>Nevada Bar No. 7477<br>748 S Meadows Pkwy, Suite 244.<br>Reno, Nevada 89521 |
| *Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York* | *Attorneys for Defendant Rodney Coffman* |

DATED THIS 26th day of December 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Law Offices of
**Tory M. Pankopf, Ltd.**
748 S Meadows Parkway
Suite 244
Reno, Nevada 89509
(775) 384-6956

- 2 -

STIPULATION AND ORDER TO EXTEND TIME