MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER<br><br>Plaintiffs,<br><br>vs.<br><br>STONEFIELD HOMEOWNERS ASSOCIATION and RODNEY COFFMAN,<br><br>Defendants. | Case No.: 3:17-cv-00627-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY SUPPORTING ITS MOTION FOR SUMMARY JUDGMENT [ECF No. 43]**<br><br>**(Second Request)** |

Plaintiff Nationstar Mortgage LLC dba Mr. Cooper (**Nationstar**) and defendants Rodney Coffman (**Coffman**) and Stonefield Homeowners Association (**Stonefield**) hereby stipulate and agree to extend the following deadline:

1. Nationstar filed its motion for summary judgment on November 21, 2018 (ECF No. 43);

2. Coffman filed a motion for extension of time to file a response to Nationstar's motion for summary judgment on December 17, 2018 (ECF No. 44) which was granted, allowing Coffman up to December 20, 2018 to file its response (ECF No. 45);

3. The parties stipulated to further extend defendant's response deadline to December 24, 2018 (ECF No. 46);

4. Coffman filed its opposition to Nationstar's motion for summary judgment on December 24, 2018 (ECF No. 47);

1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

5. Based on the parties' stipulation, Nationstar' reply in support of its motion for summary judgment is currently due on January 18, 2019 (ECF No. 48);

6. The parties agree to continue the deadline for Nationstar to reply in support of its motion for summary judgment to February 1, 2019. Nationstar requests this extension to allow additional time for incorporation of client edits and further review of a final draft.

This is the Nationstar's second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated January 15th, 2019.

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| */s/ Donna M. Wittig* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for plaintiff Nationstar Mortgage LLC dba Mr. Cooper* | */s/ Christopher B. Anthony* <br> EDWARD D. BOYACK, ESQ. <br> Nevada Bar No. 5229 <br> CHRISTOPHER B. ANTHONY, ESQ. <br> Nevada Bar No. 9748 <br> 7432 W. Sahara Avenue, Suite 101 <br> Las Vegas, Nevada 89117 <br><br> *Attorney for defendant Stonefield Homeowners Association* |

**TORY M. PANKOPF, LTD.**.

*/s/ Tory M. Pankopf*
TORY M. PANKOPF, ESQ.
Nevada Bar No. 7477
748 S Meadows Pkwy, Suite 244
Reno, Nevada 89521

*Attorneys for the Rodney Coffman*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED**:** January 16, 2019